# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

DEMETRIUS BROWN

          Plaintiff,

v.

WARDEN J. GRONDOLSK

          Defendants.

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Case Number: 08cr6367-RBK

APPEAL

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ **GRANTED**

☐ **DENIED, for the following reasons:**

_____

_____

ENTERED this __1st__ day of __February__, 2010

Hon. Robert B. Kugler, USDCJ